THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
Richard Ridley,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion 
 No. 2003-UP-561
Submitted July 15, 2003  Filed September 
 29, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Richard Ridley pled guilty to third degree criminal sexual 
 conduct (CSC), assault and battery of a high and aggravated nature (ABHAN), 
 and failure to register as a sex offender.  He was sentenced to ten years for 
 third degree CSC, ten years, consecutive, for ABHAN, and ninety days, consecutive, 
 for failure to register as a sex offender.  Ridleys appellate counsel filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel 
 additionally submitted a petition to be relieved from representation, asserting 
 there are no directly appealable issues of arguable merit.  Ridley did not file 
 a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.